CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HARVEY RANDOLPH CAMPBELL,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:16CV00349 |
| | ) | **MEMORANDUM OPINION** |
| v. | ) ) | |
| | ) | By:   Hon. Glen E. Conrad |
| DALE MORENO,<br>    Defendant(s). | ) ) | Chief United States District Judge |

Harvey Randolph Campbell, proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983, alleging that a jail doctor was refusing to authorize repair of Campbell's prosthesis, in violation of his Eighth Amendment rights regarding adequate medical care. As relief, Campbell seeks a transfer to a state prison facility. On July 27, 2016, the court mailed an order to Campbell at the jail address he provided, directing him to return information about activity in his inmate trust account and about his exhaustion of administrative remedies. On August 9, 2016, the postal service returned the court's mailing to the jail as undeliverable. Stamped on the envelope was: "RETURN TO SENDER. INMATE NO LONGER AT THIS FACILITY." The transfer or release of a prisoner generally renders moot any claims for injunctive or declaratory relief relating to the former place of confinement. See Williams v. Griffin, 952 F.2d 820, 823 (4th Cir. 1991). Because Campbell is no longer subject to the conditions or policies for which he sought injunctive relief against the defendant in this action, his civil action must be summarily dismissed as moot. The clerk will send a copy of this memorandum opinion and accompanying order to plaintiff.

ENTER: This ___9th___ day of August, 2016.

                                                              /s/ Glen E. Conrad
                                              Chief United States District Judge