CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 09 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HARVEY RANDOLPH CAMPBELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16CV00349 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DALE MORENO, | ) | By:   Hon. Glen E. Conrad |
|     Defendant(s). | ) |        Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** as moot; and the clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 9th day of August, 2016.

                                              /s/ Glen E. Conrad
                                       Chief United States District Judge